# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY COTTON,<br><br>            Plaintiff,<br><br>    v.<br><br>SGT. MEDINA, et al.,<br><br>            Defendants. | No. 1:22-cv-00568-JLT-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(Docs. 1, 9, & 11) |

Wesley Cotton ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983, which includes state law claim(s). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 15, 2022, the assigned magistrate judge entered findings and recommendations, recommending "that all claims and defendants be dismissed, except for Plaintiff's Eighth Amendment excessive force claim against Doe Defendant(s) and his failure to protect claim against defendant MeDina." (Doc. 11 at 2.)

Plaintiff was provided an opportunity to file objections to the findings and recommendations. The deadline for filing objections has passed and Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

1

Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on August 15, 2022, (Doc. 11), are **ADOPTED IN FULL**.
2. All claims and defendants are **DISMISSED**, **except for** Plaintiff's Eighth Amendment excessive force claim against Doe Defendant(s) and his failure to protect claim against defendant Medina.
3. The Clerk of Court is directed to reflect the dismissal of defendant Ken Clark on the Court's docket, and to add Doe Defendant(s), who were tower officers at California State Prison, Corcoran.

IT IS SO ORDERED.

Dated:   **October 5, 2022**

UNITED STATES DISTRICT JUDGE