UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY COTTON,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SGT. MEDINA, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 1:22-cv-00568-JLT-EPG (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF RE: EXTENSION OF TIME TO FILE RESPONSIVE PLEADING AND OPT OUT OF SETTLEMENT CONFERENCE<br><br>(ECF No. 18) |

　　　　On November 9, 2022, defendant Medina ("Defendant") filed a motion "for a ninety-day extension of time to file a responsive pleading and a ninety-day extension of time to opt out of a settlement conference." (ECF No. 18, p. 2). Defense counsel states that he needs the extension because the Correctional Law Section of the Office of the Attorney General is currently understaffed. (Id. at 3). While the Correctional Law Section has been working to address the issue, "Deputy Attorneys General currently handling Correctional Law Section cases are operating at their maximum capacity and will be unable to complete all appropriate casework if additional cases are assigned to them." (Id.).

　　　　The Court finds good cause to grant the motion.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　　　1. Defendant has until February 13, 2023, to file her responsive pleading.

　　　　　　2. The assigned Deputy Attorney General has until March 3, 2023, to either: (1) file a

1

notice stating that Defendant opts out of the settlement conference; or (2) contact ADR Coordinator Sujean Park (spark@caed.uscourts.gov) to schedule the settlement conference.

IT IS SO ORDERED.

Dated:  **November 11, 2022**                    /s/ Eric P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE