UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY COTTON,<br><br>    Plaintiff,<br><br>    v.<br><br>SGT. MEDINA, et al.,<br><br>    Defendants. | Case No. 1:22-cv-00568-JLT-EPG (PC)<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO OPT OUT OF AN EARLY SETTLEMENT CONFERENCE<br><br>(ECF No. 25) |

This matter has been referred for an early settlement conference. (ECF No. 17). On April 3, 2023, defendant Medina ("Defendant") filed a request to opt out of the settlement conference. (ECF No. 25). According to Defendant, defense counsel "has investigated Plaintiff's claim in good faith and conferred with his supervisor," and defense counsel "does not believe a settlement conference would be fruitful or meaningful at this time." (ECF No. 25, pgs. 1-2).

The Court will grant Defendant's request to opt out of an early settlement conference.[1] A settlement conference may be scheduled at a later date, if appropriate.

\\\

\\\

\\\

\\\

---

[1] Pursuant to the order regarding early settlement conference (ECF No. 17), Defendant did not need to file a request to opt out of the early settlement conference. Instead, Defendant should have filed a notice that Defendant is opting out of an early settlement conference.

1

Accordingly, it is ORDERED that Defendant's request to opt out of an early settlement conference (ECF No. 25) is GRANTED.

IT IS SO ORDERED.

Dated:  **April 4, 2023**              /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE