WESLEY COTTON# P07770
PO.BOX.3466
CORCORAN .CA.93212

**FILED**

DEC 0 2 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

U.S DISTRICT COURT

in the eastern district court house

FRESNO.CA.

case# 1:22-CV-00568-EPG-JLT(PC)

wesley cotton.
          plaintiff.

vs.

samantha medina  . defendant.

plaintiff: .
will want the
inmate witnesses
to participate
via remotely,,
video

NOW : COMES PLAINTIFF IN GOOD FAITH TO DECLARE ONTO THE COURT
THAT IN THE SPIRIT OF ECONOMICAL SOUNDNESS ,HE BELIEVES IT IS IN
HIS BEST INTREST AND THE STATE,TO HAVE THE INMATE WITTNESSES
APPEAR VIA TELE-VIDEO OR REMOTELY".

 ALSO,PLAINTIFF  IN A ABUNDANCE OF CAUTION WILL LET THE HONORABLE
COURT KNOW THAT HE WISHES TO PARTICIPATE IN THE TRIAL "live"
in person so there want be any future conflictions with this fact

( ALL WITNESSES STATED ON THE NOVEMBER 20th 2025 order,        )
(which are the inmate wittnesses  will testify "REMOTELY" THIS )
( IS THE WILL AND WISH OF THE PLAINTIFF.                       )

RESPECTFULLY SUBMITTED.

November 25-25

1

BY: Wesley Cotton

DATE.

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, _Wesley Cotton_, declare:

I am over 18 years of age and a party to this action. I am a resident of _C.S.P. Corcoran_ Prison,

in the county of _King_, State of California. My prison address is: _C.S.P. Corcoran, P.O. Box 3466 Corcoran, Calif 93212-3466_.

On _November 25-2025_ (DATE)

I served the attached: _Two separate Documents, (1) Plaintiff's Witnesses To Participate Via Remotley video. (2) Notice objections, November 18Th 2025 Pretrial order._ (DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows: _United States District Court, Eastern District of California, Fresno, Calif 93721-1318_

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _November 25-25_ (DATE)     _Wesley Cotton_ (DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)     ::ODMA PCDOCS WORDPERFECT 22832 1