Wesley S. Cotton CDCR #P07770
California State Prison - Corcoran
P.O. Box 3466
Corcoran, CA 93212-8309

**FILED**

DEC 03 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY COTTON,<br><br>                    Plaintiff,<br><br>v.<br><br>MEDINA et al.<br><br>                    Defendants. | Case No. 1:22-cv-00568-JLT-EPG (PC)<br><br>**PLAINTIFF'S MOTION TO STRIKE CONTRERAS STATEMENTS**<br><br>Judge: E. P. G |

## Grounds

FRE 602 – No personal knowledge/foundation for science-type claims;

FRE 802 – Hearsay/embedded hearsay if parroting staff narratives;

FRCP 26/37 – No expert report; untimely; exclusion required (Yeti, Wong, Ollier);

FRE 702/Daubert/Kumho – No qualifications in CN chemistry or weather science; no reliable method;

FRE 701(c) – Specialized opinions cannot be offered as lay;

FRE 403 – Unfair prejudice/confusion/waste given CCPOA allegiance and armory-only role.

### Record Context the Court Already Recognized

- C-yard video lodged by prior order; inmate declarations + verified complaint yield a triable dispute re Sgt. Medina's presence/actions.

### Relief

Strike in full; preclude any testimony; and issue any further orders needed to prevent trial by ambush.

### Declaration

I, Wesley S. Cotton, declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that the facts stated in this Motion are true and correct to the best of my knowledge and belief. This filing is made in good faith and in pursuit of truth and accountability in the administration of justice.

Respectfully submitted,

*/s/ Wesley Cotton*

Wesley S. Cotton CDCR #P07770
California State Prison - Corcoran
P.O. Box 3466
Corcoran, CA 93212

Dated: August 22, 2025

///

///

It is a security as per the U.S. SEC tracer flag (15 U.S.C). The definition of a security is debt owed.



Certified Mail Tracking Number **9589 0710 5270 3262 9605 53**

## CERTIFICATE OF SERVICE

I, **Andrea Hazle**, do hereby CERTIFY that a true and correct copy of the foregoing has been furnished by **Certified Mail** (manner of service; i.e., U.S. Mail, electronic mail, etc.) on this **21** day of **November**, 20**25**, to:

**OFFICE OF THE CLERK**
**(In Re: Case 1:22-cv-00568-JLT-EPG (PC))**
**United States District Court**
**Eastern District of California - Fresno Division**
**2500 Tulare St, RM# 1501**
**Fresno, CA 93721**

I, OTHNEIL HAZLE, certify that the JREQUEST FOR HEARING UNDER LOCAL RULE 230(l), and supporting documents MOTION TO STRIKE and OBJECTION/STRIKE TO RULE 26 DISCLOSURE AND MOTION TO STRIKE are enclosed.

**November 21st, 2025**
(Date)                                       Signature

State of Florida       }
County of **BROWARD**  }

On **Nov. 21, 2025** before me, **Agent: On Behalf of Wesley S. Cotton**, personally appeared
(here insert name and title of the officer)

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Florida that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (SEAL)

ANDREA HAZLE
NOTARY PUBLIC
MY COMMISSION
EXPIRES 9-21-2028
STATE OF FLORIDA
COMMISSION NUMBER HH 566165